**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| REBECCA NASH, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-43 (WLS) |
| JEFFREY N. COX, | : |
| Defendant. | : |

**ORDER**

Before the Court is a second "Stipulation for Extension of Time" (Doc. 5) filed by Defendant on June 17, 2024. Therein, Defendant states that the Parties stipulate that the Defendant shall have up to and including Tuesday, July 2, 2024, to answer or otherwise file a response to the complaint. (*Id.*)

The Court's Local Rule 6.1 provides that "[a]ny extension of time which to answer the complaint or an amended complaint may be done by written, filed stipulations of counsel, not to exceed more than thirty (30) days from the original answer deadline without approval of the court." M.D. Ga. L. R. 6.1. It further states that "[o]nly one such stipulation may be filed per complaint or amended complaint." *Id.*

Therefore, Defendant cannot file a second stipulation for extension of time to file his answer or responsive pleading. Previously, the Parties filed a Stipulation to Extend Time to Respond to Plaintiff's Complaint (Doc. 4) on June 3, 2024. Accordingly, Defendant must now file a motion, requesting permission for the extension from the Court. M.D. Ga. L. R. 6.1.

1

Therefore, the Court enters this Order to notify Defendant that his second Stipulation (Doc. 5) is **DISMISSED**. If Defendant wishes to request additional time for extension to file, he must file a proper motion with the Court with his request.

**SO ORDERED**, this 20th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**