## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| REBECCA NASH, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-43 (WLS) |
| JEFFREY N. COX, | : |
| Defendant. | : |

## ORDER

On August 23, 2024, the Parties filed a five-page "Joint Motion for Approval of Settlement Agreement." (Doc. 12). Prior to the filing of the Parties' Joint Motion (Doc. 12), an initial discovery conference was scheduled to take place at the Albany Courthouse on Tuesday, September 10, 2024, at 3:30 P.M. Considering the Parties' anticipated settlement, the Court finds, *sua sponte*, that a continuance of the scheduled discovery conference is warranted. Accordingly, the initial discovery conference scheduled in the above-captioned case is **CONTINUED**. The Court will set a future hearing by separate order or notice if necessary.

**SO ORDERED**, this 4th day of September 2024.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**