# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| REBECCA NASH, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-43 (WLS) |
| JEFFREY N. COX, | : |
| Defendant. | : |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 21), filed on November 1, 2024. Therein, in accordance with the Court's Order (Doc. 20) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal, with prejudice, of this matter.

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation. Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own fees and costs, except as expressly set forth in the Parties' Settlement Agreement, which the Court approved in its October 25, 2024 Order (Doc. 20). Plaintiff's claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 4th day of November 2024.

                                                      /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**